

Yampolsky MANDELOFF

v.

LIBERTIES LOFTS, LLC

25 EDA 2016

Superior Court of Pennsylvania.

06/21/2017

July Term, 2011 01809 (Philadelphia)

Quashed

COM.

v.

THOMPSON, R.

354 EDA 2017

Superior Court of Pennsylvania.

06/21/2017

Reargument Denied 8/25/2017

CP–23–CR–0003334–2014 (Delaware)

Quashed

MANUFACTURERS AND TRADERS TRUST CO.

v.

JUSTOFIN

2045 MDA 2016

Superior Court of Pennsylvania.

06/21/2017

2015–00977 (Luzerne)

Affirmed

COM.

v.

HOWARD, R.

1771 WDA 2015

Superior Court of Pennsylvania.

06/21/2017

CP–02–CR–0013050–2014 (Allegheny)

Affirmed

